Ahoto Taysir MULAZIM, a/k/a Harold Carpenter, Plaintiff–Appellant,

and

Kevin Canada; Jason Hillyard; Antonio Johnson; Khalid Muhammad, a/k/a Antonio Waddler; Lonnie McDonovan Gholson; Christopher Tinker; Arthur D. Newby; Damieon Carter; Dennis Boyd, Plaintiffs,

v.

Ronald J. ANGELONE; Gene M. Johnson; Linda Shear, Head Dietician, Virginia Department of Corrections; Dan Braxton, Chief Warden; John Armentrout, Assistant Warden of Operations, Red Onion; R.W. Fleming, Chief of Security, Red Onion; Institutional Investigator Yates; L. Mullins, Treatment Program Supervisor, Red Onion; V. Phipps, Director of Nursing, Red Onion; D. McKnight; P. Saul, Human Rights Advocate, Red Onion; A. Fleenor, Human Rights Advocate, Red Onion; Richard A. Young, Defendants–Appellees.

No. 02–7174.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Ahoto Taysir Mulazim, Appellant Pro Se.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ahoto Taysir Mulazim appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice pursuant to 28 U.S.C. § 1915A (2000). Because Mulazim may cure any deficiency by filing an amended complaint, we dismiss the appeal for lack of jurisdiction, because the judgment is not a final, appealable order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*